## THE CITY COUNCIL OF AUGUSTA *v.* WILLIAMS.

DUCKWORTH, Chief Justice. The Court of Appeals (in Case No. 32625) propounded the following question: "Is the authorized maintenance by a municipality of a drainage system for the purpose of the drainage of surface water, as distinguished from a drainage system for the

purpose of handling sewage, a governmental or a ministerial function?" The answer is that it is a governmental function.

*Certified question answered. All the Justices concur.*

No. 16937. FEBRUARY 16, 1950.

*Fulcher & Fulcher,* for plaintiff in error.

*E. S. Sell Jr.,* and *Benning M. Grice,* for person at interest, not party.

*C. Wesley Killebrew,* contra.